COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

## NOT DESIGNATED FOR PUBLICATION

Gary F. LeGros  Jr.
Attorney At Law
1217 Main Street
Franklin LA 70538

**REHEARING ACTION: October 31, 2012**

**Docket Number: 12   00762-KW**

**STATE OF LOUISIANA
VERSUS
KANDISE M. OWENS**

**Writ Application from Iberia Parish Case No. 10-CR-2012**

<u>**BEFORE JUDGES**</u>**:**

   **Hon. Billy Howard Ezell
   Hon. J. David Painter
   Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Kandise M. Owens** has this day been

   **DENIED.**

cc: Hon. J. Phillip Haney, Counsel for  the Respondent